Prob 12A
(Mod. For E.VA 10/09)



## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Peggy M. Degastyne              Docket No.   1:12MJ00400-001

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Peggy M. Degastyne, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr. sitting in the Court at Alexandria, Virginia, on the 10th day of October, 2012, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See page 2.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

ORDER OF COURT     *Issue warrant and place in NCIC*

Considered and ordered this 17th day of June, 2014 and ordered filed and made a part of the records in the above case.

/s/Thomas Rawles Jones, Jr.
───────────────────────────
Thomas Rawles Jones, Jr.
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2014

*Daniel D. Gillespie, Jr.* (signature)
───────────────────────────
Daniel D. Gillespie, Jr.
U.S. Probation Officer
703-299-2285

Place Alexandria, Virginia

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: Degastyne, Peggy M.

SPECIAL CONDITIONS:

1. The defendant shall enter and successfully complete an alcohol education program as directed;

2. The defendant shall undergo alcohol and substance abuse testing and/or treatment as directed;

3. During the first year of probation, the defendant shall not operate a motor vehicle anywhere in the United States for that one (1) year period except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program and any other programs required by probation, d) to and from this court, e) to and from her children's school, and f) to and from medical appointments;

4. The defendant shall not violate any local, state or federal traffic law; and

5. The defendant shall pay a $100.00 fine and a $25.00 special assessment within 90 days.

Petition on Probation
Page 3
RE: Degastyne, Peggy M.

OFFENSE: Driving Under the Influence in violation of 18 U.S.C. 13 assim. VA Code 18.2-266(ii).

SENTENCE: Two (2) year term of supervised probation with the special conditions as listed on page two (2).

ADJUSTMENT TO SUPERVISION: As of this writing, the defendant had successfully completed over three-quarters of the term of supervised probation prior to being arrested on June 1, 2014, for a new alcohol related traffic offense. As such, the defendant's adjustment to supervision appears unsatisfactory at this time.

The defendant entered and successfully completed the Bull Run Alcohol Safety Action (ASAP) during the term of supervision. On January 16, 2013, she was assessed by ASAP as needing educational classes and substance abuse counseling as directed. A substance abuse evaluation was conducted by the Prince William County Community Services Board on July 8, 2013, which did not recommend treatment placement for the defendant. The defendant successfully completed all program requirements on September 6, 2013. The defendant has further complied with substance abuse testing with no indication of illicit drug use during the supervision period.

On December 12, 2012, the defendant paid her monetary obligations in full.

The defendant's Virginia Driver's License was reinstated on April 29, 2014, and she has had full driving privileges since this time.

The defendant is currently employed full-time as an administrative assistant for the Heartland Dental Corporation.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION/
SPECIAL CONDITION 4:     NEW LAW VIOLATIONS WHILE ON PROBATION - 1) DRIVING WHILE INTOXICATED, 2ND OFFESNE WITHIN FIVE YEARS; AND 2) REFUSE TO SUBMIT TO BLOOD/BREATH TESTING, 2ND OFFENSE.

STANDARD CONDITION 7:    EXCESSIVE USE OF ALCOHOL.

On June 1, 2014, at approximately 1:00 a.m., in Prince William County, Virginia, the defendant was arrested by Officer Trevin A. Frame, with the Prince William County Police Department pursuant to a traffic stop and

Petition on Probation
Page 4
RE: Degastyne, Peggy M.

charged with the above-listed offenses. The defendant was transported to the Prince William County Detention Center where she was processed and released on her own recognizance. The charges were filed in Prince William County General District Court on June 3, 2014, and the defendant is scheduled to appear for her arraignment on July 22, 2014.

According to information received from Officer Frame, he initiated a traffic stop of a vehicle at the intersection of Sudley Road and Irongate Way in Manassas, Virginia after observing the vehicle swerve from its lane of travel. Officer Frame advised he identified the defendant as the driver of the vehicle. Officer Frame advised the defendant showed signs of impairment following field sobriety testing at which time she was arrested and transported for processing. Officer Frame reported that during processing at the Prince William County Detention Center, the defendant refused to submit to breath alcohol testing as requested.

The probation officer would note that the defendant promptly reported the law enforcement contact and new charges to the Probation Office as required by her condition of supervision.

DDG/lk

Prob 12
(Mod. For E.VA 10/09)