IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUN 2 4 2014

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:12mj400 |
| ) | |
| PEGGY DEGASTYNE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

For the reasons stated from the bench, it is ORDERED that the conditions of release and conditions of probation are amended as follows:

1. Defendant shall submit to substance abuse evaluation and treatment as directed.

2. Defendant may drive only to and from work, court, the probation office, A.A., the programs directed by the probation office, and child visitation, and only between 6:00 a.m. and 8:00 p.m.

3. Defendant may not drive a vehicle not equipped with an ignition interlock device, except that until one can be installed on her car she may drive with random remote alcohol testing.

4. The home confinement requirement is removed.

ENTERED this 24st day of June, 2014.

/s/Thomas Rawles Jones, Jr.
_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia