**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No.    1:12MJ400 |
| | ) | |
| **PEGGY M. DEGASTYNE,** | ) | |
| | ) | Hearing Date: July 24, 2014 |
| Defendant. | ) | |

**ORDER CONTINUING HEARING**

Upon consideration of Defendant's Unopposed Motion to Continue Hearing, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that this case is continued for a hearing from July 24, 2014, at 10:00 a.m. to _____; and

FURTHER ORDERED that the Clerk send a copy of this Order to counsel of record.

ENTERED this \_\_\_ day of June, 2014.

_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge